In the Matter of EUGENE F. McGEE, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

(Submitted November 15, 1926; decided November 23, 1926.)

Motion for reargument denied, without costs. (See 242 N. Y. 581.)

---

CHARLES L. APFEL, Appellant, *v.* FRANK AUDITORE, Defendant.

SACRAMENTO STEAMSHIP COMPANY, INC., et al., Respondents, Impleaded with Another.

*Appeal — intermediate order — appeal to Court of Appeals without permission dismissed.*

*Apfel* v. *Auditore,* 217 App. Div. 724, appeal dismissed.

(Submitted November 15, 1926; decided November 23, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1926, which reversed an order of Special Term granting a motion by plaintiff for summary judgment.

The motion was made upon the ground that the order appealed from was not a final order and that permission to appeal had not been granted.

*John J. Kean* for motion.

*Abraham H. Sarasohn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.